☒ FILED    ☐ LODGED

**Mar 19 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
LINDSAY SHORT
Assistant U.S. Attorney
Arizona State Bar No. 034125
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lindsay.Short@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-26-00263-PHX-SMB (DMF) |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO**:  18 U.S.C. § 287 |
| Leslie Victor Gentry, | (Filing False Claims for Refund) Count 1 |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about November 10, 2021, in the District of Arizona, defendant LESLIE VICTOR GENTRY made and presented to the Internal Revenue Service ("IRS"), an agency of the United States Department of the Treasury,  a claim against the United States for payment by filing a false Form 941 tax return for the tax quarter ending September 30, 2020 on behalf of his company, Gentry Entertainment, LLC ("GELLC"), seeking $193,510.53 in COVID-related tax credits, knowing at the time that the claim was false

///

///

///

and fictitious in that GELLC did not employ or pay wages to any of the individuals listed as Form W-2 wage employees on the Form 941.

All in violation of Title 18, United States Code, Section 287.

Dated this __25th__ day of __February__, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Lindsay Short*

Digitally signed by LINDSAY SHORT
Date: 2026.02.25 10:03:23 -07'00'

LINDSAY SHORT
Assistant U.S. Attorney

- 2 -